UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:12-00135 |
| | ) | JUDGE SHARP |
| JOSEPH DAVID DEMAIO | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Continue Plea Hearing (Docket No. 33).

The motion is GRANTED and the plea hearing scheduled for May 20, 2013, is hereby rescheduled for Thursday, June 6, 2013 at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE