IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-00135 |
| | ) | Judge Sharp |
| JOSEPH DAVID DEMAIO | ) | |

JOINT MOTION OF JOSEPH DAVID DEMAIO
TO RE-SET PLEA HEARING

Come the parties, through counsel, and move this Honorable Court to continue the plea hearing in this case from Thursday, August 29, 2013, at 2:30 PM, to Friday, September 6, 2013, at 1:30 PM.

Respectfully submitted,

/s/ Jude T. Lenahan
JUDE T. LENAHAN, BPR # 003759
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
Attorney for Joseph David Demaio

s/ S. Carran Daughtrey
S. CARRAN DAUGHTREY
Assistant United States Attorney
110 9th Avenue, South, Suite A961
Nashville, TN 37203
(615) 736-5151
Attorney for the Government

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2013, I electronically filed this *Joint Motion* with the U.S. District Court Clerk via CM/ECF, which will send a Notice of Electronic Filing to S. Carran Daughtrey, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203. A copy is being sent, via electronic mail, to the U.S. Probation Office, A725 U.S. Courthouse, Nashville, TN.

/s/Jude T. Lenahan