UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:12-00135 |
| | ) | JUDGE SHARP |
| JOSEPH DAVID DEMAIO | ) | |

## O R D E R

Pending before the Court is the Government's Motion to Reset Sentencing Hearing (Docket No. 50) to which the Defendant does not oppose.

The motion is GRANTED and the sentencing hearing scheduled for December 6, 2013, is hereby rescheduled for Thursday, December 19, 2013, at 10:30 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE